SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02862-MCE-KJN** |
| Plaintiff; | **ORDER RE: STIPULATION FOR DISMISSAL** |
| vs. | |
| Santos De La Totte, et al, | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT this action be, and hereby is, dismissed with prejudice pursuant to FRCP 41 (a)(2).

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-cv-02862-MCE-KJN- 1